CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

AUG 21 2008

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| LEROY M. THURSTON, JR., <br><br> *Plaintiff,* <br><br> v. <br><br> DAVID MELTON, <br>*Superintendent of Louisa County Schools,* <br><br> LOUISA COUNTY SCHOOLS, <br><br> *Defendants.* | CIVIL NO. 3:07CV00036 <br><br><br> ORDER <br><br><br><br> JUDGE NORMAN K. MOON |

This matter is before the Court on Plaintiff's July 31, 2008 motion (docket #47) regarding the $500.00 sanction that was imposed on February 12, 2008. Plaintiff requests permission to pay the sanction in installments beginning in mid-September 2008. Given the financial circumstances described and for cause shown, Plaintiff's motion is hereby GRANTED.

Accordingly, Plaintiff is hereby ORDERED to pay to the Clerk of the Court no less than $100.00 per month beginning in September 2008 until the sanction is paid in full. Each monthly payment must be received on or before the last day of the month in the United States District Court Clerk's Office, 255 West Main Street, Room 304, Charlottesville, Virginia 22902.

The Clerk of the Court is hereby directed to transmit the funds received from Plaintiff for payment of the sanction to Louisa County Public Schools at the following address:

    Louisa County Public Schools
    c/o Robert A. Dybing
    Thompson & McMullan PC
    Third Floor
    100 Shockoe Slip
    Richmond, VA 23219-4140

Finally, inasmuch as this is the third time that the Court has extended the deadline for payment of the sanction, Plaintiff is hereby advised that, absent exceptional circumstances, no further extensions will be granted.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to Plaintiff and all counsel of record.

Entered this 21st day of August, 2008.

*signature*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE