UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION
255 West Main Street
Charlottesville, Virginia 22902

October 1, 2008

Leroy M. Thurston, Jr.
647 Chopping Road
Mineral, VA 23117

      Re: Thurston v. Melton, Civil Action No. 3:07-cv-00036

Dear Mr. Thurston:

      The documents you attempted to file yesterday with the Clerk's Office in Charlottesville have been forwarded to me for a response.

      I am returning your submission to you. As you are no doubt aware, you are subject to an Injunction Order (docket no. 40) regarding the above-referenced case and 13 previous cases against the Louisa County Public Schools and related defendants; furthermore, you have received final warning that you can be subjected to criminal contempt proceedings for violating the Court's Order (docket no. 37) entered on February 12, 2008.* I have enclosed copies of both Orders.

      It appears that the enclosed filing violates both Orders. As provided in paragraph 5 of the Injunction Order (docket no. 40), "[a]ny lawsuit, motion, or other paper filed by [you] in violation of [the] Order is hereby deemed a nullity, and no party need file a response thereto." Accordingly, the documents you attempted to submit are being returned to you. If you re-file them, the Court will undertake contempt proceedings against you that may subject you to civil and criminal penalties, including imprisonment. The enclosed Orders previously informed you of the risk of contempt proceedings and penalties.

      I hope you find this information helpful.

                                            Sincerely,

                                            *Law Clerk*

                                            Law Clerk

---

      * Neither of these Orders prevents you from pursuing appeals with the United States Court of Appeals for the Fourth Circuit.