IN THE UNITED STATES DISTRICT COURT
For the Western District of Virginia
Charlottesville Division

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED received
SEP 3 0 2008
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

Leroy M. Thurston, Jr.
    Plaintiff

v.                                               Civil Action No. 307CV00036
                                                          NKM-bwe

David Melton et. al.
    and
Louisa County Schools

Plaintiff would like for the Court and Judges Moon and Crigler to know that he is paying the $500 sanction fine. The Plaintiff is asking the Justice Department to bring charges of discrimination against Judge Moon and Judge Crigler since this case should have gone to court in 1997 when it was filed by Thomas Roberts.

The Omaha Camp is giving me a meeting with Governor Kaine because I have been turned down several times by immediate staff. The Justice Department and Southern Law Center out of Montgomery Alabama are being asked to take a $10,000,000 lawsuit against Louisa County Schools to the Supreme Court of the United States and also I am asking them to take the case against American Press that you let their lawyer perjure himself and you dismissed the case two weeks before it was supposed to come to court because I asked for a pretrial witness which could prove my case. You let the lawyer representing American Press have his pretrial witness. This case was docketed for several months. Tiki Barber, who played football at the University of Virginia and played pro football with the New York Giants and now is a news reporter for NBC television, along with Lester Holt, another Black, are being asked to investigate the injustices that I have incurred with Louisa County Schools and Louisa Courts and Federal Court in Charlottesville. The two Louisa County Judges did not retire on their own but because of their wrong doings. John Conover, a White lawyer who represented me in which Louisa County Schools tried to make me pay my unemployment benefits back told me April 2007 at Legal Aid Office in Charlottesville that he was glad that he does not live in Louisa because of how Blacks are still being treated in the school system and courts. I still cannot go on any school grounds since I was terminated wrongly in 2000. Former Governor Gillmore's office and Virginia Unemployment were involved in my school case. I am asking Justice Department to ask

Virginia State Bar to take the lawyer named Robert A. Pybing's license because many out of town lawyers had not heard of a sanction like this that is being put on my. Several major out of town newspapers are being asked to spread how Blacks are still being treated by Louisa County Schools, Louisa Courts and Federal Courts in Charlottesville. When I filed my first lawsuit in 2001 and could do it free since I was in bankruptcy, then I made up my mind to keep filing lawsuits to get information on discrimination by Judges at Charlottesville Federal Courts. I have plenty of evidence. I have contacted the Johnson Publishing Company, publishers of Ebony and Jet magazines and Eric Michael Dyson, a Black professor at Georgetown University who wrote the book on Martin Luther King's death in April 1968 to help me get a book published concerning the injustices that I have incurred. I will be known as the Rosa Park's of the 21st Century. I am asking Governor Kaine and Justice Department to cut Federal and State Funds until my case is settled in the Supreme Court. I carried this case to the Supreme Court in 2006 and they said that I had a case but needed a lawyer since there are many forms to fill out. I am asking Black Senators and Representatives to get involved in these cases since discrimination needs to be stopped. In 2004 a White Bible group from Florida filed discrimination against Louisa County Schools and it was settled at Federal Court in Charlottesville, Virginia. This shows that the Federal Judges at Charlottesville Federal Court will let White discrimination cases come to court and win but Black cases will be dismissed.

Very truly yours,

*Leroy M Thurston Jr*

LEROY M. THURSTON, JR.

*Leroy M Thurston Jr.*

## CERTIFICATE

I hereby certify that September 30, 2008, I carried by mail to Federal Court in Charlottesville, Virginia, the materials and motion and asking the Court to electronically mail this to the lawyer who is representing Louisa County Schools.

Robert A. Pybing

Thompson & McMullan PC

100 Shockoe Slip

Richmond, Virginia 23219-4140